

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|  |  |
|---|---|
|  | FILED UNDER SEAL |
| UNITED STATES OF AMERICA | CASE NO. 4:21-CR-37 |
| v. | VIOLATIONS: |
| RODNEY DOBBS, a/k/a "Sanchez," | 18 U.S.C. § 1594(c) |
| ZACHARY BAILEY, a/k/a "Wae Sosa," and | 18 U.S.C. § 2423(a) |
| RASHID RUSH, a/k/a/ "Bank" | 18 U.S.C. § 2 |
|  | 18 U.S.C. § 1594 |
|  | 18 U.S.C. § 2428 |
| Defendants | 28 U.S.C. § 2461(c) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Sex Trafficking of Children Conspiracy)

Beginning on or about January 1, 2019, the exact date being unknown, through on or about September 30, 2020, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

RODNEY DOBBS, a/k/a "Sanchez,"
ZACHARY BAILEY, a/k/a "Wae Sosa," and
RASHID RUSH, a/k/a/ "Bank,"

Defendants herein, conspired with each other, and other persons known and unknown to the Grand Jury, in and affecting interstate commerce, to:

(a) knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Minor 1, knowing and in reckless

1

disregard that of the fact that Minor 1 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (2);

(b) knowingly benefit financially and by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means Minor 1, knowing and in reckless disregard that of the fact that by means of force, threats of force, fraud, coercion, and any combination of such means would be caused to Minor 1 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (2).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
### (Transportation of Minor for Criminal Sexual Activity)

On or about March 31, 2020 to on or about April 1, 2020, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**RODNEY DOBBS, a/k/a "Sanchez,"**
**ZACHARY BAILEY, a/k/a "Wae Sosa," and**
**RASHID RUSH, a/k/a/ "Bank,"**

Defendants herein, aided and abetted by each other, and by other persons known and unknown to the Grand Jury, did knowingly transport Minor 1, a person who had not attained the age of 18 years old, in interstate commerce from Georgia to Alabama,

with intent that Minor 1 engage in prostitution and any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## FORFEITURE NOTICE

1. The allegations contained in Counts One through Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 1594 and Title 18, United States Code, Section 2428.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1594(c) set forth in Count One; and/or Title 18, United States Code, Sections 2423(a) set forth in Count Two of the Indictment, the defendant(s),

**RODNEY DOBBS, a/k/a "Sanchez,"**
**ZACHARY BAILEY, a/k/a "Wae Sosa," and**
**RASHID RUSH, a/k/a/ "Bank,"**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense(s), and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense(s), and any property traceable to such property; and/or pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to

commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

3. If any property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 1594.

All pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code, Section 1594, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 15 day of Sept, 2021.

Deputy Clerk

5