IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 4:21-cr-00037 |
| : | |
| RODNEY DOBBS, et al. : | |
| _____ : | |

## ORDER

The Government has filed a motion to continue the pretrial conference in this action and to continue the trial until the Court's September 2022 jury trial term. Defendants join in this motion. The Court finds that for the reasons stated in the Government's motion, the ends of justice served by a continuance outweigh the interests of the Defendants and the public in a speedier trial. Accordingly, the motion is granted, and this action is continued to the Court's September 2022 trial term. All days from the date of this Order to the beginning of that trial term shall be excluded from the calculations under the Speedy Trial Act.

SO ORDERED, this 11th day of January, 2022.

S/Clay D. Land_____
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE